IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DARCELLE L. SPEARMAN                                          PLAINTIFF

V.                  CIVIL NO. 6:15-CV-06004-RTD-BAB

C. HUNTER, ET. AL.                                            DEFENDANTS

**REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This is a civil rights action filed by the Plaintiff, Darcelle L. Spearman, pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

Currently before the Court is Plaintiff's Motion to Dismiss Without Prejudice. ECF No. 18. Defendants Responded. After careful consideration the Court makes the following Report and Recommendation.

**I.      BACKGROUND**

Plaintiff filed a Motion to Dismiss without Prejudice on May 22, 2015. ECF No. 18. Plaintiff requested a dismissal because he discovered this Court was not the proper venue for his Complaint. He requests dismissal to save further time and expense. Defendants Responded on May 22, 2015. ECF No. 20. Defendants voiced no objection to Plaintiff's Motion.

**II.     DISCUSSION**

Under Federal Rule of Civil Procedure 41(a)(2), a Plaintiff's request for dismissal after a

Defendant's Answer has been served requires a court order.  The dismissal may granted "on terms that the court considers proper."  "When deciding whether to exercise its discretion to allow a voluntary dismissal, the district court should consider whether the party has presented a proper explanation for its desire to dismiss; whether a dismissal would result in a waste of judicial time and effort; and whether a dismissal will prejudice the defendants." *Mullen v. Heinkel Filtering Sys., Inc.*, 770 F.3d 724, 728 (8th Cir. 2014) (quoting *Donner v. Alcoa, Inc.* 709 F.3d 694, 697 (8th Cir 2013.)(internal quotations omitted).

In this case, Plaintiff requested the dismissal after learning additional information about the case "through study and advice."  ECF No. 19.  Defendants stated they do not object to the dismissal.  ECF No. 20.  Thus, the Plaintiff has provided a proper reason for dismissal, and the Defendant does not appear to consider himself prejudiced by dismissal.  Nor does it appear that granting the dismissal will result in a waste of judicial time and effort. It is therefore appropriate to grant Plaintiff's Motion for Dismissal

**II.    CONCLUSION**

For the foregoing reasons, I recommend Plaintiff's Motion for Dismissal (ECF No. 18) be **GRANTED** and Plaintiff's Complaint be dismissed without prejudice pursuant to the PLRA.  42 U.S. C. § 1997e(a).

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED this 19th day of October 2015.**

           /s/ Barry A. Bryant
           HON. BARRY A. BRYANT
           UNITED STATES MAGISTRATE JUDGE