IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DARCELLE L. SPEARMAN                                              PLAINTIFF

v.                              Case No. 15-6004

C. HUNTER, *et al*.                                              DEFENDANTS

## ORDER

Now on this 1st day of December 2015, there comes on for consideration the report and recommendation filed on October 19, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas (Doc. 21). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Dismiss (Doc. 18) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to the PLRA.  42 U.S.C. § 1997e(a).

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge

**AO72A**
**(Rev. 8/82)**